**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 10-1919**

_____

GREG GIVENS,

                Plaintiff – Appellant,

       v.

MAIN STREET FINANCIAL SERVICES CORPORATION, Holding company
for Main Street Bank; REBECCA RANDOLPH; RICHARD LUCAS;
WILLIAM CRISWELL; KEVIN GESSLER; KEITH C. GAMBLE; PULLIN,
FOWLER, FLANAGAN, BROWN & POE, PLLC; CITY OF WHEELING, West
Virginia, individually and collectively,

                Defendants - Appellees.

_____

Appeal from the United States District Court for the Northern
District of West Virginia, at Wheeling.  Frederick P. Stamp,
Jr., Senior District Judge.  (5:10-cv-00027-FPS-JSK)

_____

Submitted:  January 13, 2011        Decided:  January 18, 2011

_____

Before MOTZ, KING, and WYNN, Circuit Judges.

_____

Dismissed by unpublished per curiam opinion.

_____

Greg Givens, Appellant Pro Se. Keith C. Gamble, PULLIN, FOWLER,
FLANAGAN, BROWN & POE, PLLC, Morgantown, West Virginia; Lee
Murray Hall, Arnold John Janicker, Nathaniel Adam Kuratomi,
JENKINS FENSTERMAKER, PLLC, Huntington, West Virginia, for
Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Greg Givens seeks to appeal the district court's order denying his motion to change venue. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2006), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2006); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541, 545-46 (1949). The order Givens seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We deny Givens' motion to strike. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED